1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

FILED

2008 MAR 25 P 12: 06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )  No. CR-08-00188 RMW
          Plaintiff,                 )
                                     )  VIOLATION: 8 U.S.C. § 1326 -
     v.                              )  Illegal Re-entry Following Deportation
                                     )
SERGIO SANCHEZ-AYALA,                )
                                     )  SAN JOSE VENUE
          Defendant.                 )
                                     )

INFORMATION

The United States Attorney charges:

   On or about March 5, 2008, the defendant,

                  SERGIO SANCHEZ-AYALA,

an alien, previously having been arrested and deported from the United States on or about

April 18, 1997, September 22, 1998, June 30, 1999, May 22, 2000 and May 31, 2002, was

found in the Northern District of California, the Attorney General of the United States

and the Secretary for Homeland Security not having expressly consented to a

reapplication by the defendant for admission into the United States, in violation of

//

INFORMATION

1  Title 8, United States Code, Section 1326.

3  DATED:

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

                    JOHN GLANG
                    Acting Chief, San Jose Branch

Approved as to form: _____
                    SAUSA Benjamin Kennedy

INFORMATION                     2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

---- OFFENSE CHARGED ----

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

---- DEFENDANT - U.S. ----

2008 MAR 25 P 12:06

▶ SERGIO SANCHEZ-AYALA

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR-08 00188 RMW

RS

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM      JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BENJAMIN KENNEDY

---- DEFENDANT ----

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: