AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Sergio Sanchez Ayala

WAIVER OF INDICTMENT

CASE NUMBER: 08-00188 RMW

I, _Sergio Sanchez Ayala_, the above named defendant, who is accused of

8 U.S.C. § 1326, illegal reentry

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/27/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

MAR 27 2008

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer