1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
6     150 Almaden Boulevard
      San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: benjamin.t.kennedy@usdoj.gov
8
9  Attorneys for the United States of America

E-FILED

FILED
APR 1 1 2008

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,           )   No.   CR 08-00188 RMW
                                        )
15         Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                        )   ORDER EXCLUDING TIME FROM
16     v.                               )   MARCH 27, 2008 TO APRIL 28, 2008
                                        )   FROM THE SPEEDY TRIAL ACT
17  SERGIO SANCHEZ-AYALA,               )   CALCULATION (18 U.S.C. §
                                        )   3161(h)(8)(A))
18         Defendant.                   )
                                        )
19  _____)

20
21     The parties stipulate that the time between March 27, 2008 and April 28, 2008 is excluded

22  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence, and including defense counsel's

25  examination of the defendant's alien file and consideration of the proposed settlement offer from

26  the government. Finally, the parties agree that the ends of justice served by granting the

27  requested continuance outweigh the best interest of the public, and the defendant in a speedy trial

28  //

1  and in the prompt disposition of criminal cases, 18 U.S.C. §3161(h)(8)(A).

2

3  DATED: March 28, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
4

5                                           __/s/_____
                                            BENJAMIN T. KENNEDY
6                                           Assistant United States Attorney

7

8                                           __/s/_____
                                            LARA VINNARD
9                                           Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 27, 2008 and April 28, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and including defense counsel's examination of the defendant's alien file and consideration of the proposed settlement offer from the government. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 4/11/08

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE