***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** April 28, 2008          **TIME:** 9:00 am

**CRIMINAL NOS.:** CR-08-00188-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- SERGIO SANCHEZ-AYALA
         APPEARANCES:                        (P) (C)

**PLTF:** AUSA: B. Kennedy          **DEFT:** L. Vinnard

**COURT ACTION:** DISPOSITION/SENTENCING

Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: Defendant waived preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 30 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

                              */s/ Jackie Garcia*
                              JACKIE GARCIA
                              **Courtroom Deputy**