1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANCHEZ-AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00188-RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER TO VACATE MOTIONS FILING |
| vs. ) | DATE AND TO CONTINUE AUGUST 34, |
| ) | 2013, REVOCATION HEARING |
| SERGIO SANCHEZ-AYALA, ) | |
| ) | |
| Defendant. ) | **Honorable Ronald M. Whyte** |
| ) | |

### **STIPULATION**

Defendant Sergio Sanchez-Ayala and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the Court shall vacate the August 1, 2013, motions filing date, and continue the August 5, 2012, revocation hearing date to August 48, 2013 at 9:00 a.m.

Mr. Sanchez-Ayala is alleged to have violated the condition of his supervised release in this matter.  On July 29, 2012, the parties initially appeared before the District Court, and set an August 1, 2013 filing date for a defense motion with respect delay in adjudicating the Form 12, and a August 5, 2013, revocation hearing date.  Since the July 29th hearing, the parties have conferred further, and jointly requests additional time to research and discuss the issues raised by

1 counsel for Mr. Sanchez-Ayala at the July 29, 2013, hearing, and to discuss a possible resolution.

2 Accordingly, both the defendant and the government respectfully request that the court grant the

3 parties request as described above.

5 Dated:  August 1, 2013                    _____/S/_____
VARELL L. FULLER
Assistant Federal Public Defender

7 Dated:  August 1, 2013                    _____/S/_____
EDWARD J. FLUET
8 Special Assistant United States Attorney

9 //

**[] ORDER**

11 Good cause appearing and by stipulation of the parties, IT IS HEREBY ORDERED that

12 the motions filing date set for August 1, 2013 is vacated.  IT IS FURTHER ORDERED that the

13 revocation hearing set in this matter for August 5, 2013, is continued to August 48, 2013, at 9:00

a.m.

IT IS SO ORDERED

15 Dated: August Î___, 2013                    _____
16 HONORABLE RONALD M. WHYTE
United States District Judge

Stipulation and Order to Continue
CR 08-00188 RMW                                             2